# SEALED MATTER

CASE NUMBER 06X50861 A

DEFENDANT NO ______

CASE TYPE ____ CR ____ CV ✓ X

____ MW ____ PO ____ MJ

DISTRICT JUDGE NANCY G. EDMUNDS

SIGNED BY JUDICIAL OFFICER DONALD A. SCHEER

NEW CASE ✓ YES ____ NO

# DOCUMENT PLACED IN VAULT

TIME STAMP IN THIS BLANK AREA

FILED

SEP 15 2006

CLERK'S OFFICE
DETROIT