# SEALED MATTER

CASE NUMBER 06X50861 B

DEFENDANT NO ________

CASE TYPE ____ CR ____ CV ✓ X

____ MW ____ PO ____ MJ

DISTRICT JUDGE ~~NANCY G. EDMUNDS~~

SIGNED BY
JUDICIAL OFFICER DONALD A. SCHEER

NEW CASE ✓ YES ____ NO

# DOCUMENT PLACED IN VAULT

TIME STAMP IN THIS BLANK AREA

FILED
SEP 15 2006
CLERK'S OFFICE
DETROIT